## PANELL v. STATE.
### No. 26198.

Court of Criminal Appeals of Texas.

Feb. 11, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is rape; the punishment, five year's confinement in the penitentiary.

The record contains no statement of facts or bills of exception. Nothing is presented for consideration.

The judgment of the trial court is affirmed.

Opinion approved by the Court.